# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

ZACH HILLESHEIM,

    *Plaintiff*,

v.

DRM, INC.,

    *Defendant*.

Case No. 8:18-cv-00095-JFB-SMB

**ORDER FOR DISMISSAL WITH PREJUDICE**

The parties to this case have filed a stipulation of dismissal.

Accordingly, based upon the foregoing and all the files and records herein, **IT IS ORDERED** that Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**, with each party bearing its own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: April 20, 2018

                                              s/ Joseph F. Bataillon
                                              Senior United States District Judge